UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In RE:

JONATHON ROBERT SMITH

Debtor(s)

Chapter: 13

Claim Number: 8

Case Number: 23-02017

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

☐ Notice only          ☑ Payment only          ☐ Notice & Payment

**PAYMENT ADDRESS**

FROM:

Payment Processing Center

P.O. Box 78367

Phoenix, AZ 85062

TO:

Payment Processing Center

P.O. Box 660618

Dallas, TX 75266-0618

Date: 07/01/2024

/s/ Amit Rohit

Creditor's Authorized Agent for Ally Bank

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In RE:

Chapter: 13

JONATHON ROBERT SMITH

Case Number: 23-02017

Debtor(s)

## Certificate of Service

I certify that on 07/01/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
DAWN MARIE CUTAIA
DMCUTAIA@GMAIL.COM

Trustee
JACK N ZAHAROPOULOS

United States Trustee
UNITED STATES TRUSTEE

/s/ Amit Rohit
Amit Rohit
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com