United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                    Case No. 23-02017-HWV

Jonathon Robert Smith                                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1                            User: AutoDocke                                    Page 1 of 3

Date Rcvd: Jul 25, 2024                      Form ID: ordsmiss                               Total Noticed: 29

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Jonathon Robert Smith, 120 E Broadway, Red Lion, PA 17356-1404 |
| 5564578 | + Dave and Lisa Wood, 1617 Sycamore Ave, Lancaster, PA 17601-5255 |
| 5578977 | + David and Lisa Wood, through the PA Court, mandated ARD program, 1617 Sycamore Ave., Lancaster, PA 17601-5255 |
| 5564579 | + Karen Snyder, 4233 Druck Valley Road, York, PA 17406-8303 |
| 5564584 | + Peter Scherer, III, 222 Koser Road, Lititz, PA 17543-9270 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5565618 | + EDI: AISACG.COM | Jul 25 2024 22:37:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5575159 | + EDI: AISACG.COM | Jul 25 2024 22:37:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5564574 | + EDI: GMACFS.COM | Jul 25 2024 22:37:00 | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 5564575 | + EDI: CAPITALONE.COM | Jul 25 2024 22:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5573126 | EDI: CAPITALONE.COM | Jul 25 2024 22:37:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5564576 | + Email/Text: bankruptcy@cavps.com | Jul 25 2024 18:38:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 5568352 | + Email/Text: bankruptcy@cavps.com | Jul 25 2024 18:38:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 5564577 | + EDI: CCS.COM | Jul 25 2024 22:37:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5564572 | EDI: PENNDEPTREV | Jul 25 2024 22:37:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5564572 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 25 2024 18:38:00 | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5564570 | EDI: IRS.COM | Jul 25 2024 22:37:00 | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5572486 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 25 2024 18:44:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5568127 | + EDI: NFCU.COM | Jul 25 2024 22:37:00 | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |

| 5564580 | + EDI: NFCU.COM | | |
|---|---|---|---|
| | | Jul 25 2024 22:37:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5564581 | + EDI: NFCU.COM | | |
| | | Jul 25 2024 22:37:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5564582 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Jul 25 2024 18:38:00 | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5578629 | EDI: PRA.COM | | |
| | | Jul 25 2024 22:37:00 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5564585 | EDI: PRA.COM | | |
| | | Jul 25 2024 22:37:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5564583 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Jul 25 2024 18:44:58 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5574381 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Jul 25 2024 18:45:02 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5564586 | + EDI: SYNC | | |
| | | Jul 25 2024 22:37:00 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5564587 | + EDI: Q3GTBI | | |
| | | Jul 25 2024 22:37:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5570519 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Jul 25 2024 18:38:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 SOUTH 13TH STREET, LINCOLN, NE 68508-1904 |
| 5584782 | Email/Text: bankruptcynotification@wellspan.org | | |
| | | Jul 25 2024 18:38:00 | Wellspan Health, P O Box 15119, York, AK 17405-7119 |
| 5564571 | + Email/Text: kcm@yatb.com | | |
| | | Jul 25 2024 18:38:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5564573 | | Hallie Chappell |
| 5564591 | | Hallie Chappell |
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5564592 | *+ | Ally Financial, Inc, Attn: Bankruptcy, 500 Woodard Ave, Detroit, MI 48226-3416 |
| 5564593 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5564594 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 5564595 | *+ | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 5564596 | *+ | Dave and Lisa Wood, 1617 Sycamore Ave, Lancaster, PA 17601-5255 |
| 5564590 | * | Department of Revenue, 1 Revenue Place, Harrisburg, PA 17129-0001 |
| 5564588 | * | Internal Revenue Service, Centralized Insolvency Operation, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5564597 | *+ | Karen Snyder, 4233 Druck Valley Road, York, PA 17406-8303 |
| 5564598 | *+ | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5564599 | *+ | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5568128 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5564600 | *+ | Nelnet, Attn: Claims, Po Box 82505, Lincoln, NE 68501-2505 |
| 5564603 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5564601 | *+ | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5564602 | *+ | Peter Scherer, III, 222 Koser Road, Lititz, PA 17543-9270 |
| 5564604 | *+ | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5564605 | *+ | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 5564589 | *+ | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 2 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Jonathon Robert Smith dmcutaia@gmail.com cutaialawecf@gmail.com,FreshStartLawPLLC@jubileebk.net,R46159@notify.bestcase.com,julie.yorkparalegal@gmail.com;r46159@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Jonathon Robert Smith,             Chapter      13

     **Debtor 1**

                                  Case No.      1:23–bk–02017–HWV

## <u>Order</u>

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: July 25, 2024

ordsmiss (05/18)