FILED
**August 2, 2024**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

**From:** Wood, David <david.wood@cisa.dhs.gov>
**Sent:** Thursday, August 1, 2024 5:11 PM
**To:** Chambers of Judge Henry Van Eck <Chambers_of_Judge_Henry_Van_Eck@pamb.uscourts.gov>
**Subject:** Case No. 1:23-bk-02017-HWV Jonathan Robert Smith

<mark>CAUTION - EXTERNAL:</mark>

Your Honor,
My wife and I recently received notification that Jonathan Robert Smith (Debtor 1)  Chapter 13 case was dismissed on July 25, 2024, and that the **court retains jurisdiction over timely requests for payment of compensation.**

We are victims of fraud conducted by Mr. Smith (Dockett No CP-36-CR-0001555-2023) and agreed to restitution payments by Mr. Smith as a condition of his ARD Program.   While I hope Mr Smith is moving on with his life, I do not believe his bankruptcy case should allow him to vacate his Court mandated restitution payment to us.  To date, we have received merely $150 from him (in February 2024) after he stole $2700 from us (theft by fraud).

I am writing this email to request that we, as victims of Mr Smith's crime, continue to receive our restitution payments.
Thank-you for your time.

R/Lisa and David Wood through the PA Court mandated ARD Program

David Wood, MIS, MSS, CC, Sec+
Protective Security Advisor, Central Pennsylvania
Cybersecurity and Infrastructure Security Agency
Department of Homeland Security
David.Wood@cisa.dhs.gov | 717.283.8648

*Defend Today, Secure Tomorrow*



<mark>CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.</mark>