UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: JONATHON ROBERT SMITH
                     Debtor(s)         CHAPTER 13

                              CASE NO: 1-23-02017HWV

**FUNDS REMITTED TO COURT**

Please find here to check number 9020550 in the amount of $483.00 representing unclaimed funds owed to Debtor(s), Jonathon Robert Smith. The Trustee is remitting the funds owed to said Debtor(s) to the U. S. Bankruptcy Court due to the fact that the Trustee has been unable to locate said Debtor(s). Funds remitted to the address on file with the Court have been returned, and all attempts to contact Debtor(s) to obtain a valid address have failed.

| Claim No. | Creditor | Amount |
|---|---|---|
| 999-0 | JONATHON ROBERT SMITH<br>120 E. BROADWAY<br>RED LION, PA 17356-1404 | $483.00 |

Dated: May 14, 2025                           /s/ Donna Schott
                                                     Office of the Standing Chapter 13 Trustee
                                                     Jack N. Zaharopoulos
                                                     Suite A, 8125 Adams Dr.
                                                     Hummelstown, PA 17036
                                                     Phone: (717) 566-6097
                                                     email: info@pamd13trustee.com